☑ FILED ____ LODGED
____ RECEIVED ____ COPY

DEC 0 6 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Ko _____ DEPUTY

GARY M. RESTAINO
United States Attorney
District of Arizona

GLENN B. McCORMICK
Arizona State Bar No. 013288
Email: glenn.mccormick@usdoj.gov
ALANNA KENNEDY
Arizona State Bar No. 034257
Email: Alanna.Kennedy@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-22-1594-PHX-DJH (DMF) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| v. | VIO: | 18 U.S.C. § 924(a)(1)(A) (False Statements in Acquisition of Firearms) Count 1 |
| Christian Jose Hernandez, | | Title 18 U.S.C. §§ 924(d) and 981, Title 21, U.S.C. § 853, and Title 28, USC § 2461(c) (Forfeiture Allegations) |
| Defendant. | | |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

**INTRODUCTION**

1.      Federal Firearms Licensee (FFL) SS was a business licensed under the provisions of Chapter 44 of Title 18, United States Code. As such, the provisions of Chapter 44 of Title 18 required FFL SS to maintain certain records of firearms transactions, including Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Form 4473, Firearms Transaction Record. Form 4473 requires a firearms purchaser truthfully to provide certain information, including the purchaser's current residence address.

## COUNT 1

2.   The allegations in Introduction paragraph 1 are incorporated as though fully set forth herein.

3.   On or about December 27, 2017, in the District of Arizona, the defendant, CHRISTIAN JOSE HERNANDEZ, knowingly made false statements and representations to FFL SS in connection with the purchase of a Ruger, Model AR-15, 5.56 caliber rifle, serial number 854-88282 and a Smith & Wesson, Model AR-15, 5.56 caliber rifle, serial number TJ04161, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL SS, in that the defendant provided a false address.

4.   In violation of Title 18, United States Code, Section 924(a)1)(A).

## FORFEITURE ALLEGATIONS

5.   The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which is incorporated by reference as though fully set forth herein.

6.   Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Count 1 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

7.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence,

(b) has been transferred or sold to, or deposited with, a third party,

(c) has been placed beyond the jurisdiction of the court,

- 2 -

(d) has been substantially diminished in value, or

(e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

8.     All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date:  December 6, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/
GLENN B. McCORMICK
ALANNA R. KENNEDY
Assistant U.S. Attorneys

- 3 -